FILED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2010-02
FEBRUARY 28, 2012 SESSION

FEB 2 9 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2.12-cr-00056

18 U.S.C. § 1349
18 U.S.C. § 1341
18 U.S.C. § 2

KAREN HODGES
    also known as "KAREN GESSEL"
JONATHAN SHAFFER
    also known as "J. SHAFER"
TIFFANY SHAFFER
    also known as "TIFFANY LETT"
    also known as "TIFFANY WESTFALL"
BRYAN JAVINS
    also known as "B. PAUL JAVINS"
JEANETTE BOGGS
    also known as "J.L. BOGGS"

I N D I C T M E N T

The Grand Jury Charges:

(Conspiracy)

Introduction

At all relevant times herein:

1.    American Electric Power Service Corporation, Inc. ("AEP") was an organization incorporated in New York and headquartered in Columbus, Ohio. AEP provided electrical services to eleven states and approximately five million people.

2.    Deborah Farmer, who is named in this Indictment as a co-conspirator and not as a defendant, was employed by AEP as a Property Damage Adjuster III and worked at an AEP branch office in St. Albans, West Virginia. Deborah Farmer was responsible for investigating and processing damage claims made by third parties against AEP in amounts of less than $25,000. Deborah Farmer

determined liabilities, evaluated damage claims and negotiated settlements on behalf of AEP, the monies from which were paid from the AEP claims account.

### The Conspiracy

3.     From a date unknown but beginning at least by March 2009 and continuing through at least March 17, 2010, at or near St. Albans and Charleston, Kanawha County, West Virginia, and Winfield, Putnam County, West Virginia, and within the Southern District of West Virginia, and elsewhere, defendants KAREN HODGES, JONATHAN SHAFFER, TIFFANY SHAFFER, BRYAN JAVINS, and JEANETTE BOGGS did knowingly and willfully conspire together and with Deborah Farmer and other persons both known and unknown to the Grand Jury to commit offenses under Chapter 63 of Title 18 of the United States Code, that is:

a.     knowingly having devised and intended to devise a scheme and artifice to defraud and for obtaining money by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice and for attempting to do so, did place in any post office and authorized depository for mail matter, a matter and thing to be sent and delivered by the United States Postal Service, and deposited and caused to be deposited any matter and thing to be sent and delivered by any private and commercial interstate carrier, and took or received therefrom, any such matter and thing, and knowingly caused to be delivered by mail and such carrier according to the directions thereon and at the place at which it was directed to be delivered by the person to whom it was

addressed, any such matter or thing, in violation of 18 U.S.C. §§ 1341 and 2, and;

b. knowingly having devised and intended to devise a scheme and artifice to defraud and obtain money by means of materially false and false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme or artifice, did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds in violation of 18 U.S.C. §§ 1343 and 2.

<u>Object of the Conspiracy</u>

4. It was the object of the conspiracy for defendants KAREN HODGES, JONATHAN SHAFFER, TIFFANY SHAFFER, BRYAN JAVINS, and JEANETTE BOGGS and Deborah Farmer, and others known and unknown to the Grand Jury to unlawfully obtain money to which they were not entitled by the submission of fraudulent claims for damages to AEP.

<u>Manner and Means of the Conspiracy</u>

5. It was part of this conspiracy that all defendants directed Deborah Farmer to submit fraudulent claims to AEP, claiming damage to real and personal property for which AEP would have been liable if the claims had been legitimate.

6. It was further a part of the conspiracy that with the knowledge and encouragement of Deborah Farmer, Julia Washington, who is named in this Indictment as a co-conspirator and not as a defendant, incorporated Tri-State Service Solutions, Inc. ("TSSS"), which was held out to be an independent claims adjuster and appraisal service. Deborah Farmer engaged TSSS on behalf of AEP to

act as a claims adjuster for certain fraudulent claims. TSSS was represented to AEP by Deborah Farmer as having performed independent appraisals to corroborate the nature and amount of loss by other members of the conspiracy.

7.   It was further a part of the conspiracy that Deborah Farmer electronically filed the fraudulent claims from either the AEP branch office in St. Albans, or remotely by computer from her home in Winfield, West Virginia, which claims were processed by wire transmission to AEP headquarters in Columbus, Ohio.

8.   It was further a part of the conspiracy that once the fraudulent claims were authorized for payment, a wire transmission was sent by AEP headquarters to an AEP branch office in or around Canton, Ohio, where the claims checks drawn against the AEP claims account were printed and processed according to the information provided therein ("AEP claims check").

9.   It was further a part of the conspiracy that the AEP claims checks were mailed to defendants KAREN HODGES, JONATHAN SHAFFER, TIFFANY SHAFFER, BRYAN JAVINS, and JEANETTE BOGGS to an address provided by the defendants to Deborah Farmer, or the checks were mailed to Deborah Farmer and provided to defendants by Deborah Farmer or persons known and unknown to the Grand Jury.

10.  It was further a part of the conspiracy that after receiving the AEP claim check, defendants would cash the AEP claims check and shared the monies received with Deborah Farmer and other persons known and unknown to the Grand Jury.

11.    As a result of the conspiracy, AEP paid fraudulent claims totaling approximately $598,485 to conspirators who were not entitled to receive the benefit of such claims.

### Execution of the Conspiracy

In or near St. Albans, Charleston, and Winfield, West Virginia and within the Southern District of West Virginia and elsewhere, defendants KAREN HODGES, JONATHAN SHAFFER, TIFFANY SHAFFER, BRYAN JAVINS, and JEANETTE BOGGS and others known and unknown to the Grand Jury executed the conspiracy to defraud AEP in the following and other ways:

12.    In or about January 2010, Deborah Farmer processed a false and fraudulent claim on behalf of defendant KAREN HODGES, to-wit:  DC 201058775.  Deborah Farmer submitted an electronic request form over the internet to AEP in Columbus, Ohio for damages reportedly sustained by defendant KAREN HODGES as a result of power surges on November 6, 2009.

a.    As a result of fraudulent claim DC 201058775, AEP mailed two checks in the amounts of $2,000.00 and $16,873.32 to defendant KAREN HODGES to a post office box in St. Albans, West Virginia.

b.    Defendant KAREN HODGES subsequently cashed the checks and shared the proceeds with Deborah Farmer and Julia Washington, who is also named in this Indictment as a co-conspirator and not a defendant.

c.    In or about February 18, 2010, Deborah Farmer processed a false and fraudulent claim on behalf of defendant KAREN HODGES, to-wit: claim DC 201059559.  Deborah Farmer submitted an

electronic request from over the internet to AEP in Columbus, Ohio for damages reportedly sustained by defendant KAREN HODGES on July 23, 2009.

d. As a result of the fraudulent claim DC 201059559, AEP mailed a check in the amount of $18,226.60 in the name of "Karen Gessel" to a street address in St. Albans, West Virginia.

e. Defendant KAREN HODGES subsequently cashed the check and shared the proceeds with Deborah Farmer.

f. Between January 2010 and March 2010, defendant KAREN HODGES and Deborah Farmer obtained approximately $37,405.20 in monies to which they were not entitled to receive.

13. In or about July 16, 2009, Deborah Farmer processed a false and fraudulent claim to wit: DC 200954673, on behalf of defendant JONATHAN SHAFFER by submitting an electronic request form over the internet to AEP in Columbus, Ohio for damages reportedly sustained by defendant JONATHAN SHAFFER.

a. As a result of fraudulent claim DC 200954673, AEP mailed a check in the amount of $9,751.19 to defendant JONATHAN SHAFFER's address in Charleston, West Virginia.

b. Defendant JONATHAN SHAFFER subsequently cashed the check and shared the proceeds with Deborah Farmer.

c. In or about July 17, 2009, Deborah Farmer processed a false and fraudulent claim to wit: DC 200954832, on behalf of defendant JONATHAN SHAFFER by submitting an electronic request form over the internet to AEP in Columbus, Ohio for damages reportedly sustained by defendant JONATHAN SHAFFER.

d.    As a result of fraudulent claim DC 200954832, AEP mailed a check in the amount of $9,665.34 to defendant JONATHAN SHAFFER's address in Charleston, West Virginia.

e.    Defendant JONATHAN SHAFFER subsequently cashed the check and shared the proceeds with Deborah Farmer.

f.    Between July 30, 2009 and January 20, 2010, defendant JONATHAN SHAFFER and Deborah Farmer submitted three additional fraudulent claims for AEP, thereby obtaining a total of approximately $44,929.79 in monies to which they were not entitled to receive.

14.    In or about March 3, 2009, Deborah Farmer processed a false and fraudulent claim, to-wit: DC 200951209 on behalf of defendant TIFFANY SHAFFER by submitting an electronic request from over the internet to AEP in Columbus, Ohio for damages reportedly sustained by defendant TIFFANY SHAFFER.

a.    As a result of fraudulent claim DC 200951209, AEP mailed a check in the amount of $9,834.44 in the name of "Tiffany D. Lett" to a post office box in Poca, West Virginia.

b.    Defendant TIFFANY SHAFFER subsequently cashed the check and shared the proceeds with Deborah Farmer.

c.    In or about October 5, 2009, Deborah Farmer processed a false and fraudulent claim, to-wit: DC 200956508 on behalf of defendant TIFFANY SHAFFER by submitting an electronic request form over the internet to AEP in Columbus, Ohio for damages repeatedly sustained by defendant TIFFANY SHAFFER.

d.    As a result of fraudulent claim DC 200956508, AEP mailed a check in the amount of $13,804.35 in the name of "Tiffany

Westfall" to defendant TIFFANY SHAFFER's street address in Charleston, West Virginia.

e.   Defendant TIFFANY SHAFFER subsequently cashed the check and shared the proceeds with Deborah Farmer.

f.   In or about March 11, 2010, Deborah Farmer processed a false and fraudulent claim, to-wit: DC 201059621 on behalf of defendant TIFFANY SHAFFER by submitting an electronic request form over the internet to AEP in Columbus, Ohio for damages repeatedly sustained by defendant TIFFANY SHAFFER.

g.   As a result of fraudulent claim DC 201059621, AEP mailed a check in the amount of $9,436.53 to defendant TIFFANY SHAFFER's post office box in Nitro, West Virginia.

h.   Defendant TIFFANY SHAFFER subsequently cashed the checks and shared the proceeds with Deborah Farmer, thereby obtaining a total of approximately $33,519.30 in monies to which they were not entitled to receive.

15.   In or about June 2009, Deborah Farmer processed a false and fraudulent claim, to-wit: DC 200953884 on behalf of defendant BRYAN JAVINS by submitting on electronic request form over the internet to AEP in Columbus, Ohio for damages reportedly sustained by defendant BRYAN JAVINS.

a.   As a result of fraudulent claim DC 200953884, AEP mailed a check in the amount of $11,920.31 to defendant BRYAN JAVINS' street address in Nitro, West Virginia.

b.   Defendant BRYAN JAVINS subsequently cashed the check and shared the proceeds with Deborah Farmer.

c.    In or about December 2009, Deborah Farmer processed a false and fraudulent claim, to-wit: DC 200957718 on behalf of defendant BRYAN JAVINS by submitting an electronic request form over the internet to AEP in Columbus, Ohio for damages reportedly sustained by defendant BRYAN JAVINS.

d.    As a result of fraudulent claim DC 200957718, AEP mailed a check in the amount of $9,025.50 made out to "B. Paul Javins" to a P. O. Box held in the name of Mark Ingram, who is named in this Indictment as a conspirator and not as a defendant.

e.    Defendant BRYAN JAVINS subsequently cashed the checks and shared the proceeds with Deborah Farmer, thereby obtaining a total of approximately $20,945.81 in monies to which they were not entitled to receive.

16.   In or about July 2009, Deborah Farmer processed a false and fraudulent claim, to-wit: DC 200954384 on behalf of defendant JEANETTE BOGGS by submitting an electronic request form over the internet to AEP in Columbus, Ohio for damages reportedly sustained by defendant JEANETTE BOGGS.

a.    As a result of fraudulent claim DC 200954384, AEP mailed a check in the amount of $9,013.58 to defendant JEANETTE BOGGS' address in Nitro, West Virginia.

b.    Defendant JEANETTE BOGGS subsequently cashed the check and shared the proceeds with Deborah Farmer.

c.    In or about July 2009, Deborah Farmer processed a false and fraudulent claim, to-wit: DC 200954385 on behalf of defendant JEANETTE BOGGS by submitting an electronic request form

over the internet to AEP in Columbus, Ohio for damages reportedly sustained by defendant JEANETTE BOGGS.

d.   As a result of fraudulent claim DC 200954385, AEP mailed a check in the amount of $4,521.99 to defendant JEANETTE BOGGS' street address in Nitro, West Virginia.

e.   Defendant JEANETTE BOGGS subsequently cashed the check and shared the proceeds with Deborah Farmer.

f.   Between January, 2010 and February, 2010, defendant JEANETTE BOGGS and Deborah Farmer submitted an additional fraudulent claim to AEP, thereby obtaining a total of approximately $26,295 in monies to which they were not entitled to receive.

In violation of Title 18, United States Code, Section 1349.

## COUNTS TWO - FOUR

### (Mail Fraud)

1. The allegations of Count One of this Indictment as set forth in Paragraphs 1-2 and Paragraphs 5-12 are hereby re-alleged and incorporated by reference as if fully set forth herein.

2. On or about the following dates at or near St. Albans, Kanawha County, West Virginia, and Winfield, Putnam County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant KAREN HODGES, also known as Karen Gessell, aided and abetted by Deborah Farmer, for the purpose of executing the above-described scheme and artifice to defraud, did knowingly cause to be delivered by mail, according to the directions thereon, and took and received therefrom, any such matter and thing, to-wit: a fraudulent claim check as set forth below:

| COUNT | APPROXIMATE DATE OF MAILING | AEP CLAIM NO. | NAME ON FRAUD CHECK | AMOUNT OF FRAUDULENT CLAIM | ADDRESS THE MAIL WAS DELIVERED AND RECEIVED |
|---|---|---|---|---|---|
| 2 | 1/21/10 | DC 201058775 | Karen Hodges | $2,000.00 | P. O. Box 1896 St. Albans |
| 3 | 2/2/10 | DC 201058775 | Karen Hodges | $16,873.32 | P. O. Box 1896 St. Albans |
| 4 | 2/19/10 | DC 201059559 | Karen Gessel | $18,226.60 | 2020 McKinley Avenue St. Albans |

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS FIVE - SIX

### (Mail Fraud)

1.    The allegations of Count One of this Indictment as set forth in Paragraphs 1-2 and Paragraphs 5-11 and 13 are hereby re-alleged and incorporated by reference as if fully set forth herein.

2.    On or about the following dates at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant JONATHAN SHAFFER, also known as J. Shafer, aided and abetted by Deborah Farmer, for the purpose of executing the above-described scheme and artifice to defraud, did knowingly cause to be delivered by mail, according to the directions thereon, and took and received therefrom, any such matter and thing, to-wit: a fraudulent claim check as set forth below:

| COUNT | APPROXIMATE DATE OF MAILING | AEP CLAIM NO. | NAME ON FRAUD CHECK | AMOUNT OF FRAUDULENT CLAIM | ADDRESS THE MAIL WAS DELIVERED AND RECEIVED |
|---|---|---|---|---|---|
| 5 | 7/28/09 | DC 200954673 | Jonathan Shaffer | $9,751.19 | 1217 Woodland Drive Charleston |
| 6 | 8/8/09 | DC 200954832 | Jonathan Shaffer | $9,665.34 | 1217 Woodland Drive Charleston |

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS SEVEN - NINE

### (Mail Fraud)

1.    The allegations of Count One of this Indictment as set forth in Paragraphs 1-2 and Paragraphs 5-11 and 14 are hereby re-alleged and incorporated by reference as if fully set forth herein.

2.    On or about the following dates at or near Poca, Putnam County, West Virginia; Charleston, Kanawha County, West Virginia; and Nitro, Putnam and Kanawha Counties, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant TIFFANY SHAFFER, also known as Tiffany Lett and Tiffany Westfall, aided and abetted by Deborah Farmer, for the purpose of executing the above-described scheme and artifice to defraud, did knowingly cause to be delivered by mail, according to the directions thereon, and took and received therefrom, any such matter and thing, to-wit: a fraudulent claim check as set forth below:

| COUNT | APPROXIMATE DATE OF MAILING | AEP CLAIM NO. | NAME ON FRAUD CHECK | AMOUNT OF FRAUDULENT CLAIM | ADDRESS THE MAIL WAS DELIVERED AND RECEIVED |
|-------|------------------------------|----------------|----------------------|------------------------------|----------------------------------------------|
| 7 | 3/11/09 | DC 200951209 | Tiffany D. Lett | $9,834.44 | P. O. Box 38, Poca |
| 8 | 10/29/09 | DC 200956508 | Tiffany Westfall | $13,804.35 | Rt. 10 Box 90A Charleston |
| 9 | 3/16/10 | DC 201059621 | Tiffany D. Shaffer | $9,436.53 | P. O. Box 692, Nitro |

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS TEN - ELEVEN

### (Mail Fraud)

1.    The allegations of Count One of this Indictment as set forth in Paragraphs 1-2 and Paragraphs 5-11 and 15 are hereby re-alleged and incorporated by reference as if fully set forth herein.

2.    On or about the following dates at or near Nitro, Putnam and Kanawha Counties, West Virginia, and Charleston, Kanawha County, West Virginia and within the Southern District of West Virginia and elsewhere, defendant BRYAN JAVINS, also known as B. Paul Javins, aided and abetted by Deborah Farmer, for the purpose of executing the above-described scheme and artifice to defraud, did knowingly cause to be delivered by mail, according to the directions thereon, and took and received therefrom, any such matter and thing, to-wit: a fraudulent claim check as set forth below:

| COUNT | APPROXIMATE DATE OF MAILING | AEP CLAIM NO. | NAME ON FRAUD CHECK | AMOUNT OF FRAUDULENT CLAIM | ADDRESS THE MAIL WAS DELIVERED AND RECEIVED |
|---|---|---|---|---|---|
| 10 | 6/24/09 | DC 200953884 | Bryan Javins | $11,920.31 | 4072 40th Street, Nitro |
| 11 | 12/22/09 | DC 200957718 | B. Paul Javins | $9,025.50 | P. O. Box 1252, Charleston |

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS TWELVE - THIRTEEN

### (Mail Fraud)

1.    The allegations of Count One of this Indictment as set forth in Paragraphs 1-2 and Paragraphs 5-11 and 16 are hereby re-alleged and incorporated by reference as if fully set forth herein.

2.    On or about the following dates at or near Nitro, Putnam and Kanawha Counties, West Virginia, and Charleston, Kanawha County, West Virginia and within the Southern District of West Virginia and elsewhere, defendant JEANETTE BOGGS, also known as J.L. Boggs, aided and abetted by Deborah Farmer, for the purpose of executing the above-described scheme and artifice to defraud, did knowingly cause to be delivered by mail, according to the directions thereon, and took and received therefrom, any such matter and thing, to-wit: a fraudulent claim check as set forth below:

| COUNT | APPROXIMATE DATE OF MAILING | AEP CLAIM NO. | NAME ON FRAUD CHECK | AMOUNT OF FRAUDULENT CLAIM | ADDRESS THE MAIL WAS DELIVERED AND RECEIVED |
|---|---|---|---|---|---|
| 12 | 7/15/09 | DC 200954384 | Jeanette Boggs | $9,013.58 | 905 Main Ave, Nitro |
| 13 | 7/23/09 | DC 200954385 | Jeanette Boggs | $4,521.99 | 905 Main Ave, Nitro |

In violation of Title 18, United States Code, Sections 1341 and 2.

R. BOOTH GOODWIN II
United States Attorney

By:    _____
ERIK S. GOES
Assistant United States Attorney